No. 12–0597/AR.   U.S. v. Reginald D. Holsey.   CCA 20100479.   Appellant's motion for leave to file the supplement separately from petition granted to July 6, 2012.

Misc. No. 12–8028/AF.   Patrick Carter, Petitioner v. United States, United States Air Force Court of Criminal Appeals, and Commander, United States Naval Consolidated Brig, Miramar, California, Respondents.   Notice is hereby given that a petition for extraordinary relief in the nature of a writ of habeas corpus, or in the alternative, writ of mandamus was filed under Rule 27(a) on this date.

No. 12–0598/MC.   U.S. v. Samuel J. Boudreaux.   CCA 201100606.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 17, 2012.